**STATE of Missouri, Respondent,**

v.

**Quilla STAFFORD, Appellant.**

**No. WD 53749.**

Missouri Court of Appeals, Western District.

Jan. 20, 1998.

Rebecca L. Kurz, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

### *ORDER*

PER CURIAM.

Quilla Stafford appeals from his conviction of six counts of assault of a police officer in the first degree, Section 565.081.1 RSMo 1994, and six counts of armed criminal action, Section 571.015, RSMo 1994. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 30.25(b).